UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DERRICK TALBOTT,  :
       Plaintiff,  :
         :
       v.  :     No. 5:21-cv-05133
         :
CREDIT ACCEPTANCE CORP.,  :
       Defendant  :
_____

**O R D E R**

**AND NOW**, this 3rd day of October, 2022, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    Defendant's Motion to Dismiss, ECF No. 11, is **GRANTED in part** to the extent it seeks to enforce the arbitration agreement, and **DENIED in part** to the extent it seeks dismissal of the Complaint.

    2.    **Within forty-five (45) days of the date of this Order**, Plaintiff **SHALL** submit his claims against Credit Acceptance to binding arbitration in accordance with the arbitration provisions outlined in the Agreement to Arbitrate in the Retail Installment Contract.

    3.    The above-captioned action is **STAYED** pending resolution of the arbitration proceedings.

    4.    Defendant shall submit a status report to the Court on **the first day of the month, commencing on December 1, 2022, and every other month thereafter**, to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

5. **Within thirty (30) days of the completion of the arbitration proceeding**, both parties are directed to notify the Court that the arbitration has concluded and that the stay in the above-captioned action may be lifted.

6. Plaintiff's Motion for Summary Judgment, ECF No. 13, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge