UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DERRICK TALBOTT, :
       Plaintiff, :
 :
v. : No. 5:21-cv-5133
 :
CREDIT ACCEPTANCE CORP., :
       Defendant :
_____

**O R D E R**

**AND NOW**, this 7th day of November, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The stay entered on October 3, 2022, *see* ECF No. 23, is **LIFTED**.

2. Plaintiff's Motion to Vacate Arbitration Award, ECF No. 34, is **DENIED**.

3. Defendant's Cross-Motion to Confirm Arbitration Award, ECF No. 35, is **GRANTED**.

4. The arbitration award dated July 17, 2023, in Case No. 1-22-0004-7355, is **CONFIRMED**.

5. In accordance with the terms of the Award, the Clerk of Court shall **ENTER JUDGMENT** on the arbitration award in favor of Defendant Credit Acceptance and against Plaintiff Derrick Talbott in the amount of $1,959.47. The administrative fees of the American Arbitration Association totaling $1,900 shall be borne as incurred, and the compensation of the arbitrator totaling $1,500 shall be borne as incurred. All amounts shall be paid on or before thirty (30) days from the date of this Order.

6. Plaintiff's Motion to Strike Defendant's Cross-Motion, ECF No. 37, is **DENIED**.

```
```
7. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge